**IN THE UNITED STATES DISTRICT COURT  
FOR THE NORTHERN DISTRICT OF MISSISSIPPI  
GREENVILLE DIVISION**

**FRANK PAYNE**                                                        **MOVANT**

**v.**                                                          **No. 4:04CR87-P**

**UNITED STATES OF AMERICA**                            **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant motion to vacate, set aside, or correct the movant's sentence is hereby **DENIED**.

**SO ORDERED,** this the 3rd day of March, 2009.

                                                      /s/ W. Allen Pepper, Jr.  
                                                       W. ALLEN PEPPER, JR.  
                                                       UNITED STATES DISTRICT JUDGE